PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ROSALIE ROJAS FIGUEROA, | ) | CASE NO. 1:24-CV-282 |
| Plaintiff, | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | **MEMORANDUM OF OPINION AND ORDER** |
| Defendant. | ) | [Regarding ECF No. 12] |

On November 22, 2024, the assigned magistrate judge issued a Report and Recommendation suggesting that the Court affirm the Commissioner's decision denying Plaintiff's applications for Disability Insurance Benefits, and Supplemental Security Income. *See* ECF No. 12.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection. 28 U.S.C. § 636(b)(1)(C). Parties must file any objections to a Report and Recommendation within fourteen days of service. *Id*.; Fed. R. Civ. P. 72(b)(2). Failure to object within this time waives a party's right to appeal the district court's judgment. *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981). Absent objections, a district court may adopt a magistrate judge's report without review. *See Thomas*, 474 U.S. at 149.

In the instant case, objections to the Report and Recommendation were due by December 6, 2024. None of the parties of have filed any objections. Accordingly, the Court adopts the

(1:24-CV-282)

Report and Recommendation.  [ECF No. 12](ECF No. 12).  The Court affirms the Commissioner's decision denying Plaintiff Disability Insurance Benefits, and Supplemental Security Income.

    IT IS SO ORDERED.

| | |
|---|---|
| January 19, 2025 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson |
| | United States District Judge |